JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARODY R. TOME,<br>　　　　Petitioner,<br>　　v.<br>JOSIE GASTELO,<br>　　　　Respondent. | Case No. CV 17-09237 CJC (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: February 25, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE